WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SCOTT GERTTULA,**                                              CV # 04-1872-JE

   Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security,**

   Defendant.

_____

Attorney fees in the amount of $5,700.00 and expenses in the amount of $15.93 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $169.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 2d day of March, 2006.

_____
United States District/Magistrate Judge

Submitted on February 24, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1

Scott Gerttula
CIVIL ACTION NO. 04-1872-JE

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and
        Supporting Documents .................................. $14.87

    Filing postage for Plaintiff's Opening Brief .......................... $1.06

Total Expenses: **$15.93.**

Federal Court Costs:

    Federal Court filing fee ...................................... $150.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting
        Documents ......................................... $7.00

    Copy costs for Plaintiff's Opening Brief ........................... $12.00

Total Costs: **$169.00.**

SCHEDULE A - page 1
Attachment to court ORDER